**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                               **CIVIL ACTION NO.: 3:08CV137-SA-SAA**

**$425,000.00 IN U.S. CURRENCY**                                    **DEFENDANT**

## ORDER

The above-styled and numbered cause was assigned to the undersigned United States District Judge Sharion Aycock on December 31, 2008. Judge Aycock, on her own motion, hereby and further **RECUSES** herself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause as directed by the Chief Judge of the Northern District of Mississippi.

This the 15th day of October, 2009.

                                                          **/s/ Sharion Aycock**
                                                          **UNITED STATES DISTRICT JUDGE**